IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------- :
: CASE NO. 1:04 CV 2562
EDWARD G. REYNOLDS, JR.,  :
:
Plaintiff, : <u>JUDGMENT ENTRY</u>
:
-vs- :
:
CITY OF CLEVELAND, et al., :
:
Defendants. :

----------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This Court, having contemporaneously entered an opinion and order, hereby enters judgment in favor of defendants City of Cleveland and John Doe Police Officers 1-10 and against plaintiff Edward Reynolds with respect to the § 1983 claims only.  The plaintiff's state law claims are remanded to state court for further proceedings.

IT IS SO ORDERED.

  /s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: <u>7 November 2006</u>